IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

HENRY LEE ROBERSON, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-1530

Opinion filed July 23, 2014.

An appeal from the Circuit Court for Madison County.
Andrew J. Decker, III, Judge.

Lucas J. Taylor of Sellers, Taylor & Morrison, P.A., Live Oak, for Appellant.

Pamela Jo Bondi, Attorney General, and Wesley Paxson III, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

PADOVANO, WETHERELL, and MAKAR, JJ., CONCUR.